Kevin B. Johnson
3053 Freeport Blvd. Suite 116
Sacramento, Ca 95818
subcoolsac@gmail.com
916-619-9274

  ORIGINAL



FILED

MAY 26 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DIVISION OF CALIFORNIA**

Johsnon, Plaintiff )
)
Vs )
)
UNITED STATES(FBI) )

COMPLAINT  2:21cv 0957 JAM CKD (PS)

## CLAIM

**1) FBI has the duty of care not to violate my Civil Rights.** To use the Immunity given to help find and prosecute terrorist this immunity should not be allowed to let FBI agents in charge nor agents themselves, for nefarious reasons, personal reasons or for any reason to violate the civil rights of Americans and myself. Immunity or not the constitution states my rights that Iam privileged to and the constitution does not state the level of immunity if any at all that Law enforcement is privileged to. This is Negligence on the part of the FBI.

**2)** FBI used its immunity feloniously and nefariously by starting operations that violate MY CIVIL RIGHTS.

## Where did this happen?

This happened specifically in areas on the street where known prostitute activity occurs in the City of Sacramento, Ca on any given day.

## What time did this happen?

This happened at the prime hours known for prostitution and sometime not at prime times, but mostly night time hours. These hours are not known for normal legal abiding teenagers to be seen. This is important because of how the FBI wants to imply that certain illegal activities were conducted on law abiding teenagers when there is no legal law abiding teenagers anywhere near these locations the FBI has put in motion in its civil right violating operation.

On November 13, on Hwy 5 between Woodland Ca and Sacramento, Ca I was rear ended at high speed by the FBI using one of their CI's as a driver and car totalled. Now this is not something new to the FBI, FBI has used this method against anybody that attempts to gather evidence

against their constitutional violating activities and they are plentiful and that's speaking from experience and I don't need no witness to this. I am going through this hell created by this agency that has no one thats willing to hold them accountable for their actions therefore they are allowed to rain tyranny on citizens. My personal view of them is the classic devil in sheep clothing. They have attempted to kill me 3 times and now are a threat to my family. I am tired of them lying to the public, therefore influencing the court of public opinion with their blatant lies, influencing Judges with their showing and letting Judges view and listen to media that the FBI has the technology to alter to construct there faulty and nefarious agenda against me. Why is the FBI allowed to use all its resources, all its manpower, all its technology to wrongfully convict citizens. Why does this part of the Government attack vulnerable citizens, why do the Judges allow this activity and not question the activities of the FBI. It is not the FBI that they Judges should be concerned with but it's the vulnerable citizen like myself that needs protecting. The Constitution was written by men that new this danger was there for the citizen.
The FBI has become the biggest violator of the Constitution and they still have the trust of the country they don't deserve.
They are Negligent in their duty to uphold my Constitutional Rights. IN that accident on Hwy 5 if the FBI has any knowledge of that accident, any information they say they have ask yourself how can or would the FBI have knowledge of an accident they have absolutely no idea is to take place. Car accidents happen all they time and there is no way the FBI has knowledge of any of them before and while they are happening, they are not God and therefore they have no idea when and where an accident is getting ready to happen unless THEY HAVE SET THE ACCIDNET UP THEREROE THEY HAVE RECORED THE EVENT BY USE OF THE CI'S AND USE THEIR CI'S AS THE DRIVER THAT CASUSES THE ACCIDENT. I HAVE PROOF.

### Relief

I want protection from the FBI for myself and my Family. My life has a value the can not be put into monetary amounsts but as a relief and demand of damages that the FBI is responsible the amount of **13.2 million dollars** is just a small fraction of my worth and the fact I tried to stand up to a power that greater in resources but not in morality.

Kevin B Johnson     5/18/21

*Kevin B. Johnson*