Kevin B Johnson
3053 Freeport Blvd #116
Sacramento, CA 95818

FILED
DEC 27 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

United States District Court
Eastern Division of California

Johnson, Plaintiff

vs

United States (FBI)
Defendant

Case # 2:21 cv 0959 JAM CKD (PS)

**Emergency Motion / Death Threat**

All because I decided to stand against the blatant racism where Black are 8 to 10 times more wrongfully convicted than all other races, I filed these suits never stretching the truth, the FBI has set the stage for my family to be murdered all because a person stand against the treachery of the FBI. Everybody knows what the FBI is capable of. My family, my 92 year old mother who is the most loving caring person who is innocent of anything

MY SISTER WHO WORKED 23 YRS FOR THE STATE PRISON SYSTEM, DON'T DESERVE THIS. WHY IS THE FBI DOING THIS. PLEASE CAN YOU STOP THE AND SAVE MY FAMILY, PLEASE. ANYTHING YOU NEED ME TO DO, JUST NAME IT BUT DON'T LET THESE ANIMALS GET TO MY FAMILY. FBI HATES ME CAUSE I SPEAK o th TRUTH. WHY DO THEY WANT TO KILL ME WHAT THEY DO IS REVEALED. IF THEY UPHOLDING THE LAW WHY WOULD THEY KILL FOR THAT.

I WAS SUPPOSE TO TURN IN MY OJECTION & I HAVE IT READY BUT THE WELFARE of MY FAMILY IS FIRST JUST AS IT WOULD BE FOR YOURS. IT A DAM SHAME THAT THE POWER THE FBI would be used to KILL ONE BLACK MAN & WITH THEIR HATE & FABRICATION, PAID WITNESS, FAKE EXPERT & EXPERTS THAT LIE. YOU ALREADY KNOW WHAT THEY ARE GOING TO DO TO ME. THEY HAVE BROUGHT THE ENTIRE MIGHT of THE FBI ON BASICALLY A HELPLESS PERSON AS FAR EXISTING ON THEIR LEVEL.

Kevin B Johnson
12/27/21   PLEASE SAVE MY FAMILY AT 503 Fdykee W